THE BEGGS LAW FIRM, APC
ROBERT M. BEGGS (State Bar No. 232834)
robert@thebeggslawfirm.com
3151 Airway Ave., S-1
Costa Mesa, CA 92626
Telephone: (949) 878-3773
Facsimile: (949) 608-1741

(See next page for additional counsel.)

Attorneys for Plaintiff,
MICHELLE GONSALVES

ROSEN ✦ SABA, LLP
RYAN D. SABA, ESQ. (State Bar No. 192370)
rsaba@rosensaba.com
FRANCESCA DIOGUARDI, ESQ. (State Bar No. 210212)
fdioguardi@rosensaba.com
2301 Rosecrans Ave., Suite 3180
El Segundo, California 90245
Telephone: (310) 285-1727
Facsimile: (310) 285-1728

Attorneys for Defendant,
CONAIR LLC (formerly known as CONAIR CORPORATION)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GONSALVES, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CONAIR CORPORATION, a Delaware Corporation,<br><br>*Defendants*. | Case No.: 8:21-cv-00138 JVS (ADSx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE (FED. R. CIV. P. 41(a)(1)(A)(ii))** |

DISMISSAL



THE CRITES LAW FIRM
RICHARD A. CRITES (State Bar No. 204639)
richard@crites-law.com
1201 Puerta Del Sol, Ste. 310
San Clemente, CA 92673
Telephone:  (949) 940-8028
Facsimile:   (866) 562-4432

Attorneys for Plaintiff,
MICHELLE GONSALVES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROSEN ◆ SABA, LLP
2301 Rosecrans Ave., Suite 3180, El Segundo, CA 90245

The Court has reviewed the Joint Stipulation for Dismissal, and with good cause, orders as follows:

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), this action is dismissed in its entirety with prejudice. The parties will bear their own fees and costs.

Dated: May 31, 2022

_____
The Honorable James V. Selna

